PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Miguel Reyes            Cr.: 28428-050
                                                              PACTS Number: 47660

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 08/21/07

Original Offense: False Information and Hoaxes

Original Sentence: 08/21/07

Type of Supervision: 3 Years Supervised Release      Date Supervision Commenced: 03/23/09

## PETITIONING THE COURT

[ ]   To extend the term of supervision for      Years, for a total term of      Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in an approved program for anger management.

## CAUSE

The offender has expressed an interest in attending anger management classes to improve his ability to make better socially responsible decisions. In addition, the offender has a history of aggression against women and has been convicted for assaulting a three-year-old child in 2000.

Respectfully submitted,

By: Andrea Shumsky
U.S. Probation Officer
Date: 04/21/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

29/Apr/09

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

April 21, 2009

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable William H. Walls
United States District Judge
Federal Building and U.S. Courthouse
P.O. Box 999, Newark, New Jersey
07101-0999

RE: Miguel Luis Reyes
Dkt. No. 07-00361-001
**Request for Modification of Condition**

Dear Judge Walls:

On August 21, 2007, Your Honor sentenced the above-captioned individual for false information and hoaxes, and received a 30-month custodial sentence, following three years supervised release. The following conditions were imposed: mental health treatment and cooperation with DNA collection. Supervision commenced on March 23, 2009, after being released from the Bureau of Prisons.

Currently, the offender is residing at the Hoboken Homeless Shelter, 300 Bloomfield Avenue, until he can afford to finance his own apartment. In the meantime, the offender expressed a desire to attend anger management, due to his inability to control his temper. He also has a history of aggression towards women and was convicted in 2000 for assaulting a three-year-old child. As a result, we referred him to anger management treatment on March 29, 2009, at Jersey City Medical, which is given every Monday night for 26 weeks. The offender is actively seeking employment, and he has remained compliant with the conditions of supervision.

Please review the attached Probation Form 12b. If the Court concurs with our recommendation, please sign the attached modification. We would make ourselves available should the Court wish to discuss this matter.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Andrea P. Shumsky
U.S. Probation Officer

/aps