# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

## PETITION FOR WRIT OF HABEAS CORPUS

On <u>VOSR Petition and Warrant</u>　　　　　Criminal No. 07-361 (WHW)
**United States of America v. Reyes.**
PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that:

1. Miguel Reyes, USM # 28428-050, ID # 234899, is now confined in the <u>Hudson County Jail</u>.

2. Said individual will be required at <u>Newark, New Jersey</u>, before the <u>Honorable William H. Walls</u> on <u>June 10, 2010</u>, at <u>9:30 a.m.</u> for <u>a violation of supervised release hearing</u> in the above captioned case, and a Writ of Habeas Corpus should be issued for that purpose.

DATED: May 17, 2010

_____
Andrew D. Kogan
Assistant United States Attorney
Petitioner   (973) 645-2754

**ORDER FOR WRIT:**   Let the Writ Issue.

DATED: 5/24/2010

_____
Honorable William H. Walls
United States District Judge

**WRIT OF HABEAS CORPUS:**   The United States of America to

<u>Hudson County Jail</u>
WE COMMAND YOU that you have the body of Miguel Reyes, USM # 28428-050, ID # 234899 (by whatever name called or charged), now confined in <u>Hudson County Jail</u> brought to <u>Newark, New Jersey</u>, before the <u>Honorable William H. Walls</u> on <u>June 10, 2010</u>, at <u>9:30 a.m.</u> for <u>a violation of supervised release hearing</u> in the above-referenced matter.

　　　　　　　　WITNESS the Honorable <u>William H. Walls</u>
　　　　　　　　United States Magistrate Judge at <u>Newark, New Jersey.</u>

DATED: May 24, 2010

　　　　　　　　　　　　WILLIAM T. WALSH
　　　　　　　　　　　　Clerk of the U.S. District Court
　　　　　　　　　　　　for the District of New Jersey

　　　　Per: _____
　　　　　　　　　　　Deputy Clerk