PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Miguel Luis Reyes  **Docket Number:** 07-00361-001
**PACTS Number:** 047660

**Name of Sentencing Judicial Officer:** HONORABLE William H. Walls

**Date of Original Sentence:** 08/21/2007

**Original Offense:** False Information and Hoaxes

**Original Sentence:** 30 months imprisonment; 3 years supervised release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 03/23/09

**Assistant U.S. Attorney:** Andrew Kogan, 970 Broad Street, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Lorraine Gauli-Ruffo, 972 Broad Street, Newark, New Jersey (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender failed to report to the probation office on October 13, December 8, 2009, and on January 11, 2010 or any time thereafter. He also failed to submit monthly supervision reports for the following months: July, August, September, October, November, and December 2009 or any time thereafter. |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | The offender moved and failed to report his change of address, and his whereabouts remain unknown. |
| 3 | The offender has violated the supervision condition which states '**The defendant shall participate in an approved program for domestic violence.**' |

Case 2:07-cr-00361-WHW   Document 25   Filed 06/09/10   Page 2 of 2 PageID: 53

PROB 12C - Page 2
Miguel Luis Reyes

|   |   |
|---|---|
|   | The offender failed to continue anger management classes at Jersey City Medical, Jersey City, New Jersey. |
| 4 | The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**' |
|   | The offender has remained unemployed throughout supervised release, despite being given many opportunities to secure employment. |
| 5 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|   | On May 14, 2010, Reyes was arrested by the Jersey City police and charged with simple assault and terroristic threats. Bail was set at $15,000 and his case is pending. |
|   | Reyes is presently incarcerated at the Hudson County Jail, Kearny, New Jersey. |

The following information has been updated since the filing of the initial appearance.

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date: 6/3/10

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other: File Amended Petition

_____
Signature of Judicial Officer

8 June 2010
Date