PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Miguel Luis Reyes  
**Docket Number:** 07-00361-001  
**PACTS Number:** 47660

**Name of Sentencing Judicial Officer:** HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 08/21/2007

**Original Offense:** FALSE INFORMATION AND HOAXES

**Original Sentence:** Imprisonment - 30 months; Supervised Release - 3 years; Special Assessment - $100

**Date of Sentence on Revocation:** 01/06/2011

**Sentence on Revocation:** Imprisonment - 13 months imprisonment; Supervised Release - 10 months

**Type of Supervision:** Supervised release  
**Date Supervision Commenced:** 03/29/2009  
**Date of Supervision upon Revocation:** 11/18/2011

**Assistant U.S. Attorney:** Andrew Kogan, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Lorraine Gauli-Rufo, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[X] To issue a warrant  
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment.'** |
| | The offender was residing at the Urban Renewal Shelter in Newark, New Jersey. On January 16 or 17, 2011, the offender had verbal contact with a representative of the shelter, and he was required to meet with the representative on January 18, 2011. The offender failed to report to that meeting. Since no one from the shelter had any further contact with the offender, he was terminated effective January 28, 2012. As of February 3, 2012, the offender has failed to notify the Probation Office of his residence and/or whereabouts. It appears he has absconded from supervision. |

PROB 12C - Page 2
Miguel Luis Reyes

2      The offender has violated the standard supervision condition which states '**The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month.**'

A message was left at the Urban Renewal Shelter on January 18, 2012, for the offender to call or report to the probation officer. As of February 3, 2012, the offender has failed to contact the probation officer.

The offender failed to submit the Monthly Supervision Reports for the months of December 2011, and January 2012. The last report submitted was for the month of November 2011.

I declare under penalty of perjury that the foregoing is true and correct.

By: Damary Bonilla
U.S. Probation Officer
Date: 02/03/2012

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/3/12
_____
Date